SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
FRED R. PUGLISI, Cal. Bar No. 121822
VALERIE E. ALTER, Cal. Bar No. 239905
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701
fpuglisi@sheppardmullin.com
valter@sheppardmullin.com
jramsey@sheppardmullin.com

CHARLES L. SWEERIS, Cal Bar No. 151083
Law Department
BLUE SHIELD OF CALIFORNIA
50 Beale Street
San Francisco, California  94105
Telephone:  415-229-5107
Facsimile:   415-229-5343
charles.sweeris@blueshieldca.com

Attorneys for Defendant
BLUE SHIELD OF CALIFORNIA LIFE
& HEALTH INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SHANNON SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, a California corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANT BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY'S NOTICE OF REMOVAL OF ACTION**<br><br>Compl. Filed:          Dec. 21, 2015<br>Compl. Served;     Dec. 24, 2015<br>Compl. Removed:  Jan. 22, 2015 |

TO THE ABOVE-CAPTIONED COURT AND TO PLAINTIFF SHANNON SMITH AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant Blue Shield of California Life & Health Insurance Company ("**Blue Shield**") hereby provides notice of removal to the United States District Court for the Central District of California, Southern Division, of the following lawsuit filed on December 21, 2015, in the Orange County Superior Court: *Smith v. Blue Shield of California Life & Health Insurance Company*, Case No. 30-2015-00826278-CU-MC-CXC.  The following is a short, plain statement of the grounds for removal.  *See* 28 U.S.C. § 1446(a).

## I.     DESCRIPTION OF THE ACTION

On December 21, 2015, Plaintiff Shannon Smith ("**Plaintiff**") filed a complaint against Blue Shield in Orange County Superior Court (the "**State Court Action**").  Plaintiff alleges that, without her consent, Blue Shield "initiated a telephone call to plaintiff's cellular telephone with a prerecorded voice message stating that it was time for plaintiff to renew her insurance policy and directing her to defendants' website to view insurance plans," and did so "using an automatic telephone dialing system." (Complaint ¶ 6.)  Based on these allegations, Plaintiff asserts on behalf of herself and a putative nationwide class a single cause of action for violation of the Telephone Consumer Protection Act ("**TCPA**"), 47 U.S.C. § 227.  (Complaint ¶¶ 14-17.)  The nature of the action is more fully stated in the Complaint, a copy of which is attached hereto as part of **EXHIBIT A.**

Blue Shield was served with and received the Summons and Complaint on December 24, 2015.  There are no other named defendants whose consent would be required for removal.  *See* 28 U.S.C. § 1446.  This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1331 (federal question).

## II.    BASIS FOR REMOVAL (FEDERAL QUESTION)

Under 28 U.S.C. § 1331, the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

Here, Plaintiff asserts against Blue Shield a single cause of action arising under federal law – her claim for violation of the TCPA.  Thus, the district court has original jurisdiction over Plaintiff's claim, and therefore this case.  Accordingly, this action is properly removed under 28 U.S.C. §§ 1331, 1367(a), and 1441(a).

## III. THE NOTICE OF REMOVAL IS PROCEDURALLY PROPER

Based on the foregoing, this action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and is one that may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.  In accordance with the requirements of 28 U.S.C. § 1446(a), a copy of the Complaint and all other papers served on Blue Shield in the State Court Action as of the filing of this Notice of Removal are attached hereto as **EXHIBIT A**.

This Notice of Removal is filed within the time provided by 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days after Blue Shield was served with and received a copy of the initial pleading in this action.  There are no other named defendants whose consent would be required for removal.

## IV. CONCLUSION AND REQUESTED RELIEF

For all of the reasons set forth above, Blue Shield respectfully requests that this Court proceed with this matter as if it had been originally filed herein.

Dated:  January 22, 2016          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                              By        */s/ Fred R. Puglisi*
                                      FRED R. PUGLISI
                                      VALERIE E. ALTER
                                      JAY T. RAMSEY

                                     Attorneys for Defendant
                                BLUE SHIELD OF CALIFORNIA LIFE &
                                   HEALTH INSURANCE COMPANY