JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

|  |  |
|---|---|
| SHANNON SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY,<br><br>Defendant. | Case No.: SACV 16-00108-CJC(KESx)<br><br>FINAL JUDGMENT |

This matter came before the Court on Defendant's motion for summary judgment on Plaintiff's sole claim. (Dkt. 46.) On January 13, 2017, the Court issued an Order granting Defendant's motion. In accordance with the Court's Order, IT IS HEREBY ORDERED that judgment is entered in favor of Defendant. Defendant shall be entitled to recover its costs.

DATED: January 13, 2017

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE